IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

YOUNG, CORVIN J.
34938

_____,
Plaintiff

FILED
OCT 12 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

-vs-

"(SEE ATTACHMENT)"
_____,
Defendant(s)

CASE NO. **1:23 CV 01990**

JUDGE _____
**JUDGE CALABRESE**

**MAG. JUDGE GREENBERG**

COMPLAINT

"JURY TRIAL DEMANDED"

28:1983

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

DEFENDANTS:

BEVERLY D. JONES ESQ.

SPARTANBURG COUNTY, SC

SPARTANBURG COUNTY DETENTION CENTER

MOLLY H. CHERRY

BRITTNEY N. HAZEL

SHERIFF CHUCK WRIGHT

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: CORVIN JAUWAN YOUNG
   Street Address: 950 CALIFORNIA AVE.
   City and County: SPARTANBURG SC 29303
   State and Zip Code:
   Telephone Number: 804 596 2607

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: SPARTANBURG COUNTY DETENTION CENTER
   Job or Title (if known):
   Street Address: 950 CALIFORNIA AVE.
   City and County: SPARTANBURG COUNTY
   State and Zip Code: SC 29303
   Telephone Number: 804 596 2607
   ☐ Individual capacity ☒ Official capacity

   Defendant No. 2
   Name: SPARTANBURG COUNTY SC
   Job or Title (if known):
   Street Address: 180 MAGNOLIA ST. SUITE 500
   City and County: SPARTANBURG COUNTY
   State and Zip Code: SC 29306

2

Telephone Number   864-596-2591
☒ Individual capacity     ☒ Official capacity

Defendant No. 3
Name   CHUCK WRIGHT
Job or Title (if known)   COUNTY SHERIFF
Street Address   8045 HOWARD ST.
City and County   SPARTANBURG COUNTY
State and Zip Code   SC 29303
Telephone Number   8645034500
☒ Individual capacity     ☒ Official capacity

Defendant No. 4
Name   "(SEE ATTACHMENT)"
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
☒ Individual capacity     ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)
☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If

3

I. THE PARTIES TO THIS COMPLAINT
B. THE DEFENDANTS

DEFENDANT NO. 4

BEVERLY D. JONES ESQ.
ASSISTANT PUBLIC DEFENDER
366 NORTH CHURCH ST. SUITE 3000
SPARTANBURG SC 29303
- 864-596-2561

MOLLY H. CHERRY
FEDERAL MAGISTRATE COURT JUDGE
85 BROAD ST.
CHARLESTON SC 29401

BRITTNEY N. HAZEL
ASSISTANT PROSECUTOR (SOLICITOR)
180 MAGNOLIA ST.
SPARTANBURG SC 29306

you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

USC 1ST AMENDMENT; USC 4TH AMENDMENT; USC 6TH AMENDMENT; USC 8TH AMENDMENT; USC 14TH AMEND., ENFORCEABLE BY ARTICLE 6 CLAUSE 2 U.S. CONSTITUTION USC 5TH AMENDMENT

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

USC 1ST AMEND.; USC 14TH AMEND.; USC 8TH AMEND.; USC 6TH AMENDMENT U.S. CONSTITUTION

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"(SEE ATTACHMENTS)"

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

SPARTANBURG COUNTY DETENTION CENTER — PRE-TRIAL TEMPORARY DETENTION EXERCISED UNUSUAL POWERS OF INVESTIGATION AND AUTHORITY AGAINST THE PETITIONER.

4

<u>P.4 SECT. D</u>

I. DEFENDANT BEVERLY D. JONES ESQ. ACTING "UNDER COLOR OF STATE LAW" AND THE COURTS THAT LISCENSED HER TO PRACTISE AS ATTORNEY-AT-LAW OF THE PETITIONER DELIBERATELY IGNORES TO ACT WITH DUE DILIGENCE AFTER HAVING ACCEPTED THE CASE. CONDUCT THAT ENABLES OTHER PARTIES TO EXTEND MISCONDUCT AND PUT PETITIONER AT A DISADVANTAGE IN THE CONTROL OF THE INFORMATION, TO REMIT.

P.4 SECTION D. S2

II. LOCAL SHERIFF CHUCK WRIGHT ACTING "UNDER COLOR OF STATE LAW" AND INSTITUTIONAL POLICIES AS WARDEN OF THE SPARTANBURG COUNTY DETENTION CENTER WRONGFULLY SUBJECTS PETITIONER TO STATE'S ENFORCEMENT OF LAWS NOT SUPPORTING THE INDEPENDENT JUDGEMENT OF A U.S. MAGISTRATE COURT JUDGE TO REMIT.

III. BRITTNEY N. HAZEL ACTING "UNDER COLOR OF STATE LAW" AND THE COURTS THAT LISCENSE HER TO PRACTISE AS SOLICITOR AGAINST PETITIONER USE STRATEGIES TO EXTEND MISCONDUCT THAT PUTS PETITIONER IN A DISADVANTAGE TO CONTROL THE INFO. FOR THE SPECIFIC PURPOSE OF HIDING INFO. TO EVADE DISCOVERY OF COURT ORDERS. TO REMIT.

P.4 SECTION D.

IV. DEFENDANT MOLLY H. CHERRY ACTING "UNDER COLOR OF STATE LAW" AND THE COURTS THAT LISCENSE HER TO PRACTISE AS JUDGE UNDERSTOOD THE VERDICT IS IN THE ~~@@@@@@~~ OPINION OF THE FEDERAL COURTS AND THE REMITTITUR SHOULD BE MADE, YET SEEMS THEY ARE UNWILLING TO ENTER A REMITTITUR AS SUGGESTED BY THE COURTS.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

"STONEWALLING" ACCESS TO ALL INSTITUTIONAL SERVICES BY BLOCKING "POD" ELECTRONIC KIOSK ACCESS SINCE 3-13-2021 THROUGH PRESENT

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"(SEE ATTACHMENT)"

IV.  **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

INJURIES ARE TO INDIVIDUAL CONSTITUTIONAL RIGHTS. ABSOLUTE RIGHT TO CONSTITUTIONALLY COMPETENT, EFFECTIVE COUNSEL; REDRESS IN COURT; ACCESS TO COUNSEL AND COURTS; DEPUTIES MEDVEDEV AND SCELF HAVE BEEN GIVEN PROPER GROUNDS TO STOP, DISAPPEAR AND NEGLIGENTLY DELIVER PETITIONERS MAIL AND INQUIRE ABOUT ITS CONTENT.

5

P.5 51

C. Q. - WHAT HAPPENED TO YOU?

JUNE 2, 2023 (HABEAS WRIT)
RE: YOUNG V. SHERIFF WRIGHT
C/A NO: 9:22-CV-2562-MGL-MHC
RESPONDENT MOVES TO DISMISS
WITHOUT PREJUDICE

JULY 31, 2023 (REPORT AND RECOMMEND.)
FEDERAL COURTS CONCUR IN
JUDGEMENT TO DISMISS FOR
FAILURE TO PROSECUTE.
STATE COURT CLEARLY PROCEEDING
FORWARD IN DILATORY FASHION.
OBJECTIONS TO R&R DUE BY
AUGUST 14 2023.

FUTHERMORE IT CAN BE SAID THAT THE
ARRESTING PARTY IS EXCEEDING THEIR
AUTHORITY AFTER THE ARREST.
SPECIFICALLY FOR THIS PURPOSE "STATE"
IS IMPLICITLY CLOTHED WITH SUCH
RIGHTS IN DOING SO, VIOLATES PETITIONER
U.S. GUARANTEED CONSTITUTIONAL RIGHTS.

P.5 S2
C. Q. - WHAT HAPPENED TO YOU? [CONT'D]

COLLECTIVE HEADS, JOINTLY ENGAGED WITH STATE OFFICIALS IN A PROHIBITED ACTION ARE ACTING UNDER COLOR OF STATE LAW.
STATE CONTINUES TO ENFORCE IT LAWS AGAINST THE SUCCESSFUL PETITIONER.
DISADVANTAGED PETITIONER CANNOT OBTAIN CONTROL OF THE INFORMATION RELEVANT TO THE CASE BY LEGITIMATE MEANS.
FEDERAL DISTRICT COURT UPHELD THE HABEAS CORPUS ON STATE LIABILITY AND ULTIMATELY REMITTED THEREFORE VACATE THE JUDGEMENT AND REMAND THE CASE FOR THE PETITIONER TO GO TO THE NEXT STEP COURT LEVEL TO REMIT THE PUNITIVE DAMAGES AWARD ACCORDINGLY.

P. 5 S3

C. Q. - WHO DID WHAT?

ACCORDING TO JUDGEMENTS SHERIFF WRIGHT'S BELIEF THAT PETITIONER WAS GUILTY EVEN IF ONLY A SUSPICION GAVE WAY TO THE USE OF UNUSUAL POWERS OF INVESTIGATION AND AUTHORITY TO HIM. LOCAL MUNICIPALITY OF SPARTANBURG MERGED WITH COUNTY, STATE AND FEDERAL GOVERNMENT RESPONSIBLE FOR STRATEGIES TO EXTEND MISCONDUCT THAT PUTS PETITIONER AT A DISADVANTAGE. DEPUTY OFFICERS MEDVEDEV, SCELF ET AL... GIVEN PROPER GROUNDS TO STOP, DISAPPEAR, WITHOLD, NEGLIGENTLY DELIVER OR HIDE THE (INFO.) MAIL TO EVADE ORDERS. ALL FUNCTIONS HAVING BEEN DELEGATED TO SUBORDINATES (COMMAND CREW) BEING OVERRULED, TO GIVE PETITIONER RELIEF.

P.5 S4

C. Q. - WAS ANYONE ELSE INVOLVED?

U.S. MAGISTRATE JUDGE MOLLY H. CHERRY RESPONSIBILITIES ARE ESSENTIALLY TO LEAD, MANAGE AND MAINTAIN JURISDICTION OF THE CASE UNTIL FINALIZED.
"THE VERDICT IS IN THE OPINION OF THE COURT AND THE REMITTITUR SHOULD BE MADE." FED. R. CIV. PRO. 59A

BEVERLY D. JONES; BRITTNEY N. HAZEL BOTH ACCEPTED THEIR OFFICES, AGREED TO THEIR DUTIES FOR THE SALARIES PROVIDED BY LAW, WITH THE IMPLIED AGREEMENT THEIR RIGHT TO REMIT IS IN SUBORDINATION TO THE POWER OF THE GOVENOR TO REMIT AND EXTINGUISH ALL CLAIMS AGAINST THE ACCUSED.

Q. - WHO ELSE SAW WHAT HAPPENED?
SLED CHIEF MARK KEEL; SCSD CHIEF DEPUTY WILLIAM PARRIS; SENATOR LINDSEY GRAHAM; TIM SCOTT; MAGGIE CHAPPEL SC SUPREME CT. OFFICE OF DISCIPLINARY COUNSEL ET AL...

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

INJUNCTIVE RELIEF - STOP INHIBITING PETITIONER; THE VERDICT IN THE OPINION OF THE COURTS (STATE AND FED.) REQUIREMENT APPLIES IN THIS CASE REMITTITUR SHOULD'VE BEEN MADE.; ACCESS TO COURT AND COUNSEL; "POD" KIOSK USAGE ET AL...

PUNITIVE DAMAGES - 100K PER DEFENDANT

FILING COSTS AND FEES.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: SEPT. 30TH, 20 23.

Signature of Plaintiff *Corvin J. Young*

Printed Name of Plaintiff CORVIN J. YOUNG

**B.** **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

| | |
|---|---|
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

7