UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CORVIN J. YOUNG, | ) Case No. 1:23-cv-1990 |
| Plaintiff, | ) Judge J. Philip Calabrese |
| v. | ) Magistrate Judge |
| | ) Jonathan D. Greenberg |
| SPARTANBURG COUNTY | ) |
| DETENTION CENTER, *et al.*, | ) |
| Defendants. | ) |

# ORDER

*Pro se* plaintiff Corvin J. Young, a detainee in the Spartanburg County Detention Center in Spartanburg, South Carolina, filed this civil rights action against the Spartanburg County Detention Center, Spartanburg County, the Spartanburg county sheriff, a Spartanburg assistant public defender, a Magistrate Judge for the United States District Court for the District of South Carolina, and a Spartanburg assistant prosecutor. Plaintiff appears to contest his detention and conditions in the Spartanburg County detention facility. Also, it appears that Plaintiff is unhappy with the representation the assistant public defender is providing to him in a criminal matter pending in South Carolina.

It is unclear why Plaintiff chose to file this case in the Northern District of Ohio. No party is in Ohio, and none of the activities giving rise to the complaint occurred in Ohio. In fact, Ohio has no apparent connection to this case at all.

A civil action may be brought only in: (1) a judicial district where any defendant resides, if all defendants reside in the State in which the Court is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or (3) if there is no district in which an action may otherwise be brought, any judicial district in which any defendant is subject to the Court's personal jurisdiction with respect to the action brought. 28 U.S.C. § 1391(b). All Defendants appear to be from South Carolina. The events occurred in South Carolina. In short, there is no doubt that the Northern District of Ohio is not the proper venue for this case.

Accordingly, the Court **TRANSFERS** this action to the United States District Court for the District of South Carolina.

**SO ORDERED.**

Dated: October 18, 2021

J. Philip Calabrese
United States District Judge
Northern District of Ohio